UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------ x
CELESTE BROWN,

                          Plaintiff,

                                                         **MEMORANDUM AND ORDER**

        - against -                                     16-CV-1399 (BMC)(PK)

QUEENS CENTER FOR PROGRESS,

                          Defendant.
------------------------------------------------------------------ x

**Peggy Kuo, United States Magistrate Judge:**

       Plaintiff, Celeste Brown, proceeding *pro se*, commenced this action on March 17, 2016, against her former employer, Queens Center for Progress, and four of its employees. Upon the direction of the Court, on April 13, 2016, Plaintiff submitted an amended complaint against Queens Center for Progress that alleges employment discrimination pursuant to Title VII of the Civil Rights Act of 1964, 42 U.S.C. § 2000 *et seq.*, and completely replaces the original complaint. The United States Marshals Service is directed to serve the summons and amended complaint upon Defendant without prepayment of fees.

                                                        **SO ORDERED:**

                                                        *Peggy Kuo*
                                                        PEGGY KUO
                                                        United States Magistrate Judge

Dated:       Brooklyn, New York
               April 21, 2016